```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 CALIKO, SA,                                                 :
                                                             :
                                    Plaintiff,               :
                 -against-                                   :
                                                             :       21-cv-3849 (VEC)
 FINN & EMMA, LLC,                                           :
                                                             :             ORDER
                                    Defendant.               :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference was held on June 25, 2021;

IT IS HEREBY ORDERED THAT:

1. Plaintiff may respond to Defendant's motion to dismiss or amend its complaint (but not both) by **July 23, 2021**. If Plaintiff opposes the motion to dismiss, Defendant's reply is due **July 30, 2021.**

2. A case management plan will be entered separately.

**SO ORDERED.**

**Date: June 25, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**