USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CALIKO, SAS,

Plaintiff,

v.

FINN & EMMA, LLC,

Defendant.

Civil Action No.: 21-cv-3849

**CONSENT JUDGMENT**

THIS MATTER has come before the Court for consideration upon the Plaintiff, Charlie Crane's (formerly Caliko, SAS) ("Plaintiff") Complaint for trademark and trade dress infringement and related causes of action against the Defendant, Finn & Emma, LLC ("Defendant").

The Parties, now having represented to this Court that they have settled their differences through execution of a written Settlement Agreement, hereby agree and consent to entry of the below Judgment ("Consent Judgment"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has jurisdiction over each of the Parties, and over the subject matter in issue. Venue is proper in this Court.

2. Plaintiff is the owner of: (1) the trademark CHARLIE CRANE and US Registration No. 6,242,859 ("CHARLIE CRANE Mark"); (2) the trademark LEVO ("LEVO Mark"); and (3) the trade dress of the unique baby rocker design depicted below: ("Rocker Trade Dress"):



3. Defendant shall not use the CHARLIE CRANE Mark or the LEVO Mark in connection with manufacturing, selling, offering for sale, advertising, marketing or promoting any goods or services in the United States.

4. Defendant shall not manufacture, sell, offer for sale, advertise, market or promote in the United States any products that use the Rocker Trade Dress or is otherwise confusingly similar to the Rocker Trade Dress.

5. Defendant is free to design and sell its own rocker design that does not use the Rocker Trade Dress.

6. Defendant shall pay Plaintiff the sum of eighteen thousand US dollars (US$18,000.00), with payments to be made upon the following schedule:

$3,000 within two (2) days of the entry of this Order.
$3,000 by May 31, 2022.
$3,000 by July 31, 2022.
$3,000 by August 30, 2022.
$3,000 by October 31, 2022
$3,000 by December 31, 2022.

7. This Consent Judgment shall be binding on and inure to the benefit of the Parties and their heirs, successors, affiliates, and assigns.

8. This Court shall retain jurisdiction over the Parties and the subject matter of this Order for the purpose of enforcing compliance with the terms stated herein and for enabling the Parties to apply to this Court for further orders to remediate violations hereof.

9. This Consent Judgment conclusively resolves all claims in this lawsuit with prejudice. This Consent Judgment shall be entered without the taxation of costs, damages, or attorneys' fees, except as set forth in Paragraph 6.

**IT IS SO ORDERED.**

Dated this 1 day of April, 20 22

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

BY THE COURT:

United States District Judge

CONSENTED TO:

For the Plaintiff
Charlie Crane (formerly Caliko, SAS):

By:

Print: Thomas LEPINE

Date: 4.1.2022

For the Defendant:
Finn & Emma, LLC

By:

Print: delia elbaum

Date: 3.30.2022